No. 294. LOUISIANA EX REL. GREMILLION, ATTORNEY GENERAL, ET AL. *v.* NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. Appeal from the United States District Court for the Eastern District of Louisiana. Probable jurisdiction noted. *Jack P. F. Gremillion,* Attorney General of Louisiana, *George Ponder,* First Assistant Attorney General, and *William P. Schuler,* Assistant Attorney General, for appellants. *Robert L. Carter* and *A. P. Tureaud* for appellees.

No. 321. LOCAL 761, INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Benjamin C. Sigal* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *Gerard D. Reilly* for General Electric Co., respondents.

No. 313. SMITH *v.* BUTLER ET AL., TRUSTEES. District Court of Appeal of Florida, Third District. Certiorari granted. *William S. Frates* for petitioner. *Harold B. Wahl* and *E. F. P. Brigham* for respondents.

No. 305. HEIDEMAN *v.* KELSEY, EXECUTOR, ET AL. Supreme Court of Illinois. Certiorari denied. *William C. Wines* for petitioner. *Richard S. Bull* for respondents.